**DISMISS and Opinion Filed December 15, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00522-CV

## HUIFEN LANG, Appellant
## V.
## CITY OF GARLAND MUNICIPAL COURT, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-03691-A**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

We questioned our jurisdiction over the order on appeal and directed the parties to file letter briefs addressing our concern. The parties have complied.

Appellant appeals from the order of the county court at law ordering the forfeiture of certain animals. *See* TEX. HEALTH & SAFETY CODE ANN. § 821.025(a). Section 821.025(e) of the Texas Health and Safety Code provides: "The decision of the county court or county court at law under this section is final and may not be further appealed." *See id*. § 821.025(e); *see also Smalley v. Four Brown & White Paint Horses*, No. 01-20-00103-CV, 2020 WL 2026488, at *1 (Tex. App.—Houston [1st Dist.] Apr. 28, 2020, no pet.) (dismissing appeal of county court order divesting

appellant of seized animals pursuant to section 821.025).  Although appellant filed a letter brief, nothing therein demonstrates our jurisdiction over this appeal.

Because appellant is prohibited by statute from appealing the county court's order, we dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210522F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HUIFEN LANG, Appellant

No. 05-21-00522-CV       V.

CITY OF GARLAND MUNICIPAL
COURT, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-20-03691-
A.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee CITY OF GARLAND MUNICIPAL COURT
recover its costs of this appeal from appellant HUIFEN LANG.


Judgment entered December 15, 2021